■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL RODRIQUEZ, Appellant. — Appeal by defendant from two judgments of the County Court, Suffolk County (Namm, J.), both rendered October 29, 1982, convicting him of assault in the first degree and attempted assault in the first degree, upon his pleas of guilty, and imposing sentences.

Judgments affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues that could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Titone, J. P., O'Connor, Lawrence and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LORENZO SIDBERRY, Appellant. — Appeal by defendant from two judgments of the Supreme Court, Queens County (O'Dwyer, J.), both rendered June 16, 1982, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the fifth degree, upon jury verdicts, and imposing sentences.

Judgments affirmed.

The errors with regard to the prosecutor's summation were not properly preserved for review as no objection was raised at trial to the comments (*People v Thompson,* 97 AD2d 554). The trial court's *Sandoval* ruling was fair. The court considered defendant's history and precluded examination as to three previous convictions, but permitted examination as to others which were close in time to the instant offense. Mangano, J. P., Gibbons, Bracken and Niehoff, JJ., concur.